## IN THE UNITED STATES DISTRICT COURT
### FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Zachary Corn,

Plaintiff(s),

v.

Home Depot Inc.,

Defendant(s).

Case No.  22 CV 4627
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $              ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This Court finds that Defendant has failed to satisfy the jurisdictional requirements of either the Magnusson-Moss Warranty Act or the Class Action Fairness Act. The Court thus grants Plaintiff's motion to remand and directs the Clerk to remand this case forthwith to the Circuit Court of Cook County. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion.

Date:  1/25/2023

Thomas G. Bruton, Clerk of Court

G. Lewis , Deputy Clerk